UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


DANE PATRICK CLARK                          CIVIL ACTION

VERSUS                                      NUMBER: 13-0111

CAROLYN W. COLVIN, ACTING                   SECTION: "F"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion for summary judgment is **DENIED**, that plaintiff's motion for summary judgment is **GRANTED IN PART**, and that plaintiff's case is remanded to the Commissioner for proper consideration of the VA's disability rating.

New Orleans, Louisiana, this 13th day of ____January____, 2014.


_____
UNITED STATES DISTRICT JUDGE